# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

AKIRA EDMONDS,

      Plaintiff,

vs.

CORIZON MEDICAL SERVICES, et al.,

      Defendants.

Case No. 4:20-CV-946 SNLJ

## ORDER OF DISMISSAL WITHOUT PREJUDICE

For the reasons stated in the Memorandum and Order entered this same date,

**IT IS HEREBY ORDERED** that this case is **DISMISSED without prejudice**.

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith.

Dated this 28th day of December, 2020.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE