UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| AKIRA EDMONDS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) No. 4:20-cv-946-SNLJ |
| CORIZON, LLC, *et al.*, | ) ) ) |
| Defendants. | ) ) |

**MEMORANDUM AND ORDER**

Plaintiff moves for reconsideration of this Court's granting of summary judgment against plaintiff. [Doc. 66.] The Court will treat plaintiff's motion as a motion to alter or amend a judgment under Federal Rule of Civil Procedure 59(e).

The purpose of a Rule 59(e) motion is to give the district court the chance to correct manifest errors of law or fact or to allow a party to present newly discovered evidence that could not have been offered prior to the entry of judgment. *Untied States v. Metro. St. Louis Sewer Dist.*, 440 F.3d 930, 933 (8th Cir. 2006) (citing cases). Plaintiff's motion does not describe any new evidence that was not already before the Court prior to entering judgment. Plaintiff only alleges that the Court misunderstood the facts that were presented, and he raises arguments that he has already made. [Doc. 66 at 2–3.]

Most of plaintiff's points merely restate facts that the Court had already considered and incorporated in its Memorandum granting summary judgement. [Doc. 61.] Only one of plaintiff's points is worth specific mention. Plaintiff claims that the Court failed to

1

consider certain exhibits that plaintiff attached to his surresponse memorandum. *See* [Doc. 66 at 2–3; Doc. 49 at 8–13.]   Contrary to plaintiff's claims, the Court did reference these documents and explained their significance in its decision. [Doc 61 at 20–21] (discussing plaintiff's attached exhibits).

Plaintiff has failed to raise any new facts, evidence, or legal theories that were unavailable to him before judgment was entered. Therefore, there are no grounds for granting his motion.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for reconsideration [Doc. 66] is DENIED.

So ordered this 21st day of September, 2022.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE