# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No. 22-2989

Akira Edmonds,

Plaintiff-Appellant

v.

Corizon, LLC, et al.,

Defendants-Appellees.

On Appeal from the United States District Court for the
Eastern District of Missouri – St. Louis Division
4:20-cv-00946-SNLJ

**DEFENDANT-APPELLEE CORIZON, LLC'S THIRD STATUS REPORT
REGARDING BANKRUPTCY PROCEEDINGS**

> J. Thaddeus Eckenrode, #31080
> ECKENRODE-MAUPIN
> Attorneys at Law
> 11477 Olde Cabin Road, Suite 110
> St. Louis, MO 63141
> (314) 726-6670 (Telephone)
> (314) 726-2106 (Fax)
> jte@eckenrode-law.com
>
> *Attorney for Defendants-Appellees Corizon, LLC, Dr. Ashok Chada, Dr. Joule Stevenson, and Tamra Crouch, NP*

Defendant-Appellee Corizon Health, Inc. a/k/a Corizon, LLC, n/k/a Tehum Care Services, Inc. ("Corizon"), through undersigned counsel, submits its Status Report in response to this Court's September 13, 2023 correspondence requesting a status report by October 13, 2023.

On September 29, 2023, Corizon filed its Disclosure Statement and Chapter 11 Plan in the bankruptcy court, proposed jointly with the Official Committee of Unsecured Creditors. A hearing to conditionally approve the Disclosure Statement is set for October 17, 2023. Corizon has requested a Plan confirmation hearing during the week of January 8, 2024. The Plan contains a global settlement reached among the Debtor, the Committee, and various other parties as a result of a 3-day mediation conducted by Bankruptcy Judge David R. Jones on August 21-23, 2023. Corizon respectfully requests that this appeal remain stayed until the bankruptcy has been concluded.

        Respectfully Submitted,

*/s/ J. Thaddeus Eckenrode*
J. Thaddeus Eckenrode, #31080
ECKENRODE-MAUPIN, Attorneys at Law
11477 Olde Cabin Road, Suite 110
St. Louis, MO 63141
(314) 726-6670 (Telephone)
(314) 726-2106 (Fax)
jte@eckenrode-law.com
*Attorney for Defendants-Appellees Corizon, LLC, Dr. Ashok Chada, Dr. Joule Stevenson, and Tamra Crouch, NP*

## CERTIFICATE OF SERVICE

I hereby certify that on October 13, 2023, I electronically filed the foregoing with the Clerk of Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, to the following non-CM/ECF participant:

Akira Edmonds, #1303981
Northeast Correctional Center
13698 Airport Road
Bowling Green, MO 63334
*Pro se Plaintiff*

                                          */s/ J. Thaddeus Eckenrode*